HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MICHAEL REESE WILLIAMS,<br><br>Petitioner, | Case No. C04-5679 RBL<br><br>Case No. CR03-5287 RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion for an Extension of Time to Respond and for Sentencing Transcript.

Having considered the entirety of the records and file herein, it is hereby

**ORDERED** that the motion for an extension and for transcripts [C04-5679RBL, Dkt. #12] is **GRANTED**. The defendant shall file any response on or before September 2, 2005, the government shall file any reply on or before September 23, 2005, and the motion will be noted for September 30, 2005. The Clerk shall forward to the defendant a copy of the transcript of defendant's sentencing [CR03-5287RBL, Dkt. #31] forthwith.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 21st day of July, 2005.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1