1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL REESE WILLIAMS,

        Petitioner,

    v.

UNITED STATES OF AMERICA,

        Respondent.

Case No. C04-5679 RBL
    (CR03-5287 RBL)

ORDER

    THIS MATTER comes on before the above-entitled Court upon Defendant's Motion pursuant to 28 U.S.C. § 2255 and upon Defendant's Motions for Appointment of Counsel.

    Having considered the entirety of the records and file herein, it is hereby

    ORDERED that Defendant's Motions for Appointment of Counsel [C04-5679 RBL, Dkt. #s 2, 15] are **GRANTED**. The CJA Administrator is directed to locate counsel for the defendant. The Court will conduct an evidentiary hearing on January 5, 2006 at 9:30 a.m. regarding defendant's claim that his counsel failed to file a Notice of Appeal on defendant's behalf. *See, United States v. Sandoval-Lopez*, 409 F.3d 1193 (9th Cir. 2005). The United States Attorney shall procure defendant's presence for this hearing.

ORDER
Page - 1

1        The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing

2  pro se.

3        Dated this 24th day of October, 2005.

4

5                RONALD B. LEIGHTON

6                UNITED STATES DISTRICT JUDGE

ORDER
Page - 2